# United States Court of Appeals
# for the Fifth Circuit

No. 26-10107

United States Court of Appeals
Fifth Circuit

**FILED**
July 30, 2026

Lyle W. Cayce
Clerk

Afeez Abiola Alao,

*Petitioner—Appellant*,

*versus*

Warden Federal Medical Center Fort Worth,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1023

Before Smith, Southwick, and Douglas, *Circuit Judges*.
Per Curiam:[*]

Afeez Abiola Alao, federal prisoner # 66534-509, seeks to proceed in forma pauperis (IFP) on appeal from the denial of his 28 U.S.C. § 2241 petition. He contends that he earned time credits pursuant to 18 U.S.C. § 3632(d)(4)(A), but Bureau of Prisons officials refused to apply those credits to reduce his sentence pursuant to § 3632(d)(4)(E)(i) after erroneously determining that he was subject to a final order of removal.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-10107

Contrary to Alao's assertion, an administrative order of removal such as that issued in his case may be final upon issuance. *See Riley v. Bondi*, 606 U.S. 259, 267 (2025); 8 C.F.R. § 235.3(b)(2)(ii), (b)(5). As the district court found, Alao has made no showing that the Expedited Order of Removal was not final. Thus, he has not raised a nonfrivolous issue regarding the denial of his § 2241 petition. *See Jeffers v. Chandler*, 253 F.3d 827, 830 (5th Cir. 2001); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

Alao's IFP motion is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997); 5TH CIR. R. 42.2. His motion requesting expedited consideration of his appeal and immediate release is also DENIED.